O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN K. F., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No. 2:19-cv-09683 DOC (KES) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation (Dkt. 19), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 21). The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 22) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner of Social Security denying benefits.

DATED: November 25, 2020

_David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE