JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN K. F., <br>         Plaintiff, <br>   v. <br> ANDREW M. SAUL, Commissioner of Social Security, <br>         Defendant. | Case No. 2:19-cv-09683 DOC (KES) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of U.S. Magistrate Judge, the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: November 25, 2020

_____
Hon. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE